UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>AMERICANWEST BANCORPORATION,<br><br>　　　　　　　　　　DEBTOR.<br>_____<br><br>CAPPELLO CAPITAL CORP.,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>AMERIWEST BANK, et al<br><br>　　　　　　　　　　Defendants. | NO. CV-11-0449-LRS<br><br>BANKRUPTCY COURT CASE NO. 10-6097-PCW11<br><br>(Adv. Proc. No. 11-80323-PCW)<br><br>**ORDER REFERRING AMERICANWEST BANK'S MOTION FOR AWARD OF ATTORNEY'S FEES FOR REPORT AND RECOMMENDATION** |

　　BEFORE THE COURT is AmericanWest Bank's Motion For Attorney's Fees, ECF No. 39, filed March 5, 2013 and noted on April 8, 2013 with a request for oral argument. The Court finds that based on factors such as efficient use of judicial resources and uniformity of bankruptcy administration, the Bankruptcy Judge, rather than the District Court, is better suited to hear this pending motion for attorney's fees.

　　**IT IS THEREFORE ORDERED BY THE COURT** that AmericanWest Bank's Motion For Attorney's Fees, ECF No. 39, is referred to the Bankruptcy Court for Report and Recommendation.

ORDER ~ 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order, provide copies to counsel and the Clerk of the Bankruptcy Court.

**DATED** this 29th day of March, 2013.

/s/ *Lonny R. Suko*

_____
LONNY R. SUKO
United States District Judge

ORDER ~ 2